IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALDRIC HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:11-cv-0655-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #16) filed on March 1, 2013 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #15) entered on February 13, 2013 is adopted;

(3) The § 2255 motion is DENIED and this case is DISMISSED, as Harris has failed to obtain the requisite order from the Eleventh Circuit Court of appeals authorizing this court to consider a successive § 2255 motion.

DONE this the 19th day of March, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE